1  LAWRENCE G. BROWN
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2797





IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

IN RE:                                )
                                      )   2:09-SW-0305  
SEARCH WARRANTS AUTHORIZED            )
FOR THE PREMISES LOCATED AT:          )
                                      )
15268 Long Point Road                 )   ORDER FOR DESTRUCTION OF BULK
Nevada City, California               )   MARIJUANA SEIZURE
                                      )
                                      )
                                      )   SEALED
                                      )
                                      )
                                      )
                                      )
                                      )

   The United States applied for an order permitting its agents to destroy bulk marijuana that it expects to seize in this matter pursuant to a duly authorized search warrant. Having read and considered the papers filed by the United States, and good cause appearing therefrom:

   IT IS HEREBY ORDERED that the DEA and other investigative agencies involved in the investigation of this matter are authorized to destroy, forthwith, any bulk marijuana seized during

1

1 | the investigation.  For evidentiary purposes, the marijuana plants
2 | shall be counted and, if possible, weighed.  Additionally, any
3 | seized marijuana gardens shall be photographed and/or videotaped,
4 | and a representative sample taken from each location, which shall
5 | be preserved until further order of this court.

7 | Dated: September 21, 2009

_GREGORY G. HOLLOWS_
GREGORY G. HOLLOWS
U.S. Magistrate Judge

2